1  Sean P. Flynn (SBN 220184)
   *sflynn@foleymansfield.com*
2  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
3  Los Angeles, CA  90071
   Telephone:  (213) 283-2100
4  Facsimile:   (213) 283-2101

5  Attorneys for
   **CONVERGENT OUTSOURCING, INC.**
6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10           **SOUTHERN DIVISION – SANTA ANA**

11

12 | BRYAN SANTOS, an individual | Case No: 8:13-CV-01879 CJC (DFMx) |

13 |         Plaintiff, | **STIPULATED DISMISSAL** |

14 |     vs. |

15 | CONVERGENT OUTSOURCING, INC.,
    a Washington company, |

16 |

17 |         Defendant. |

18

19 \\\

20 \\\

21 \\\

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

27 \\\

28 \\\

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all other parties who have appeared in this action, have stipulated to the dismissal of this action in its entirety, *with prejudice*.

Except as set forth in Rule 41(d) of the Federal Rules of Civil Procedure, all parties agree that they shall each bear their own fees and costs associated with this action.

Dated:  February 25, 2014    **FOLEY & MANSFIELD, PLLP**

By: _____*/s/ Sean P. Flynn*_____
Sean P. Flynn
Attorneys for Defendant
CONVERGENT OUTSOURCING, INC.

Dated:  February 25, 2014    **KROHN & MOSS, LTD.**

By: _____*/s/ Ryan S. Lee*_____
Ryan S. Lee
Attorneys for Plaintiff
BRYAN SANTOS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 2800, Los Angeles, CA 90071, Telephone: (213) 283-2100, Facsimile: (213) 283-2101.

On **February 27, 2014**, I served the foregoing document described as: STIPULATED DISMISSAL on the interested parties as follows:

| | |
|---|---|
| Mr. Ryan S. Lee, Esq.<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Blvd.<br>Suite 405<br>Los Angeles, CA 90025 | **Attorneys for Plaintiffs** |

X  *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, which sent notification of that filing to the persona listed above.

X  **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 27, 2014**, at Los Angeles, California.

*/s/ Martina Lopez*
Martina Lopez